# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TOMMIE LOU MORGAN,**

        **Plaintiff,**

**-vs-**                                                                                  **Case No. 6:06-cv-1673-Orl-31DAB**

**LAURIE BIHAILO, CAMDEN CLUB LTD., THOMAS L. BROCK, WENDOVER HOUSING PARTNERS, INC., ROSALIE MCMASTERS, BANYAN REALTY MANAGEMENT, INC., PROFESSIONAL MANAGEMENT, INC.,**

        **Defendants.**

_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 3)**
>
> **FILED:**      October 26, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

    After review of the Plaintiff's Motion to Proceed *In Forma Pauperis*, and affidavit in support of Motion to Proceed *In Forma Pauperis*, the Court has determined that the Plaintiff is a pauper and entitled to proceed with his complaint without payment of a filing fee.

The Clerk of this Court shall mail summons forms to the Plaintiff for completion and return to the Court within fifteen (15) days of mailing. Once the completed summonses are returned to the Court, the Clerk is directed to provide the completed service forms to the United States Marshal. Upon receipt of the completed service forms, the United States Marshal is directed to serve them upon the Defendant without cost to the Plaintiff.

> **MOTION:** **PRO SE MOTION FOR APPOINTMENT OF COUNSEL (Doc. No. 4)**
>
> **FILED:** **October 26, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff also seeks to have counsel appointed to represent her. "There is no right to counsel in a civil proceeding." *United States v. 817 N.E. 29th Drive*, 175 F.3d 1304, 1311 n. 14 (11th Cir.1999) (denying counsel in a civil forfeiture case); *accord United States v. 87 Blackheath Road*, 201 F.3d 98 (2nd Cir. 2000) (collecting cases). Moreover, Plaintiff has failed to provide any evidence of efforts she has made to secure counsel. Absent an established right to counsel, it is **RECOMMENDED** that the Court decline to accommodate Plaintiff's request. The request may be renewed upon a showing that Plaintiff has attempted to retain counsel on her own.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 30, 2006.

              *David A. Baker*
              DAVID A. BAKER
              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy