# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TOMMIE LOU MORGAN,

        Plaintiff,

-vs-                                      Case No. 6:06-cv-1673-Orl-28DAB

LAURIE BIHAILO, CAMDEN CLUB LTD.,
THOMAS L. BROCK, WENDOVER
HOUSING PARTNERS, INC., ROSALIE
MCMASTERS, BANYAN REALTY
MANAGEMENT, INC., PROFESSIONAL
MANAGEMENT, INC.,

        Defendants.
_____

## ORDER

This case is before the Court on the Pro Se Motion For Appointment of Counsel (Doc. No. 4) filed October 26, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 30, 2006 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Appointment of Counsel is **DENIED**.

3. Plaintiff may renew her request on a showing that she has attempted to retain counsel on her own.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party